# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2012
LT Case No. 2012-CF-1233-C

_____

CURTIS WILSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Citrus County.
Joel Fritton, Judge.

Curtis Wilson, Carrabelle, pro se.

No Appearance for Appellee.

October 10, 2023

PER CURIAM.

    AFFIRMED.

MAKAR, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____